# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **SANTOS DARDAR #490648,** Plaintiff | **CIVIL DOCKET NO. 1:21-CV-02284-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JAMES LEBLANC, ET AL,** Defendants | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 5], and after a *de novo* review of the record including the Objection filed by Plaintiff [ECF No. 6], and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 1915A(b), Plaintiff's claim for monetary damages against Warden Meyers in his official capacity only is DENIED and DISMISSED WITH PREJUDICE; all claims against Secretary James LeBlanc are DENIED and DISMISSED WITH PREJUDICE; and Plaintiff's request for release is DISMISSED WITHOUT PREJUDICE to filing a habeas corpus petition. The remaining claims against Warden Meyer will be SERVED pursuant to a separate Order.

THUS, DONE AND SIGNED in Chambers on this 16th day of September 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE