UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SANTOS DARDAR | CIVIL DOCKET NO. 1:21-CV-02284 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| JAMES LEBLANC, ET AL | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 34] of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the OBJECTIONS TO THE REPORT AND RECOMMENDATION [Doc. 35], and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED, ADJUDGED AND DECREED that Defendant's MOTION FOR SUMMARY JUDGMENT [Doc. 26] is GRANTED and Dardar's COMPLAINT [Doc. 1] is DENIED AND DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED, in chambers, on this 13th day of March 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE